**LABORATORY SKIN CARE, INC. and Zahra Mansouri, Plaintiffs–Appellants,**

v.

**LIMITED BRANDS, INC. and Bath & Body Works LLC, Defendants–Appellees.**

No. 2012–1187.

United States Court of Appeals, Federal Circuit.

Sept. 10, 2012.

Rehearing and Rehearing En Banc Denied Nov. 9, 2012.

Jerry R. Selinger, Patterson & Sheridan, LLP, of Dallas, TX, argued for plaintiffs-appellants. With him on the brief was Susan E. Powley.

Gregory A. Castanias, Jones Day, of Washington, DC, argued for the defendants-appellees. On the brief were John F. Ward and Michael J. Zinna, Ward & Zinna, LLC, of New York, New York.

Before DYK, CLEVENGER, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**